NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**UNIVERSAL ELECTRONICS, INC.,**
*Appellant*

**v.**

**ROKU, INC.,**
*Appellee*

_____

2023-1198

_____

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2021-00758.

_____

**JUDGMENT**

_____

MICHAEL NICODEMA, Greenberg Traurig, P.A., West Palm Beach, FL, argued for appellant. Also represented by ERIK BOKAR, Orlando, FL; BENJAMIN GILFORD, JAMES J. LUKAS, JR., Chicago, IL.

RICHARD CRUDO, Sterne Kessler Goldstein & Fox PLLC, Washington, DC, argued for appellee. Also represented by LESTIN L. KENTON, JR., WILLIAM MILLIKEN; JONATHAN DANIEL BAKER, Dickinson Wright RLLP,

Mountain View, CA; MICHAEL DAVID SAUNDERS, Dickinson Wright PLLC, Austin, TX.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, SCHALL, and HUGHES, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

June 11, 2024
Date

Jarrett B. Perlow
Clerk of Court